IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

FILED
FEB 13 2026
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA )
) **UNDER SEAL**
v. )
) Criminal No. 2:26-mj- 49
ABDUL ADL BASKERVILLE )
f/k/a Robert Abdul Baskerville, )
)
Defendant. )

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Task Force Officer Michael Bouchard, Task Force Officer with the Bureau of Alcohol, Tobacco, and Firearms (ATF), United States Department of Justice, having been duly sworn, depose and state that:

**I. INTRODUCTION AND AGENT BACKGROUND**

1. I am a Task Force Officer for the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have served in that capacity for three years. I am currently assigned to the Norfolk Field Office and charged with investigating violations of federal firearms, explosives, and arson laws. I have also been employed by the Portsmouth Police Department for 12 years and am currently assigned to the Intelligence Unit. During my time with the Portsmouth Police Department, I have received training and experience with various narcotic and firearm investigations. These investigations required me to seek search and arrest warrants through state magistrates and courts.

2. As a federal Task Force Officer, I am authorized to investigate violations of federal law and to execute warrants issued under the authority of the United States. As a Portsmouth Police Department Detective, I am authorized to investigate violations of state law and execute warrants issued under the authority of the state of Virginia.

3. The statements in this affidavit are based in part on my investigation of this matter, and on information provided by other law enforcement officers/agents. Because this affidavit is being submitted for the limited purpose of securing a complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation.

## II. PROBABLE CAUSE

4. Through my own investigation and through members of the investigative team, I have learned the following facts:

5. On August 13, 2025, a detective with the Portsmouth Police Department was on duty near a Family Dollar in the City of Portsmouth. The detective observed an individual he knew to be Mr. Abdul Adl BASKERVILLE with a firearm with an extended magazine tucked in his waistline. The detective had previous encounters with BASKERVILLE and knew he had been convicted of crimes punishable of over one year in penitentiary.

6. BASKERVILLE was then observed entering a vehicle and leaving the parking lot of the Family Dollar. A detective followed BASKERVILLE out of the parking lot and conducted a traffic stop a short distance away on Mt. Vernon Avenue in the City of Portsmouth. The detective identified BASKERVILLE seated in the rear passenger seat and detained him.

7. Suspected narcotics were observed in plain sight within the vehicle. The other occupants were then detained, and a search was conducted of the vehicle.

8. A bag was located next to where BASKERVILLE was seated in the rear seat. Within the bag was a Smith & Wesson 9mm pistol, SN: FBF6045, with an extended magazine, loaded with one cartridge in the chamber. The firearm was positively identified as the one BASKERVILLE had initially been seen with in the Family Dollar parking lot. Detectives then placed BASKERVILLE in custody.

9. The Smith & Wesson firearm was later test fired and determined to be functional. Further research was conducted by ATF Special Agent Beasley who determined the firearm was manufactured outside of the Commonwealth of Virginia. Therefore, the firearm was possessed in or affected interstate and/or foreign commerce.

10. A review of BASKERVILLE's criminal history indicated he had multiple prior felony convictions for crimes punishable by imprisonment for a term exceeding one year and is prohibited from possessing firearms. The Portsmouth Circuit Court clerk's office had no record of BASKERVILLE petitioning to have his firearm rights restored.

## III. CONCLUSION

11. Based on the facts contained herein, combined with the training and experience of the investigative team, I submit that there is probable cause to believe that on or about August 13, 2025, in the Eastern District of Virginia, Mr. Abdul Adl BASKERVILLE, knowing that he had been previously convicted of a crime punishable by a term exceeding one year, did knowingly and intentionally possess a firearm, to wit: a Smith & Wesson 9mm pistol, SN: FBF6045, said firearm having previously been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

12. I request that the Court authorize and issue an arrest warrant for Mr. BASKERVILLE for this offense.

Further your affiant sayeth naught.

Michael Bouchard, Task Force Officer
Bureau of Alcohol, Tobacco, and Firearms (ATF)

Sworn and subscribed to before me this 13 day of February 2026.

Hon. Douglas E. Miller
UNITED STATES MAGISTRATE JUDGE

Read and Reviewed:

Kelly A. Cournoyer
Special Assistant United States Attorney